**No. 11-7155. Jason Pomposello, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1124, 132 S. Ct. 1030, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 102.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7158. William Gray, Petitioner v. Phillip Valdez, Warden, et al.**

565 U.S. 1124, 132 S. Ct. 1030, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 134,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7160. Floyd Ruben Gutierrez, Petitioner v. Gary K. King, Attorney General of New Mexico.**

565 U.S. 1124, 132 S. Ct. 1030, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 54.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 426 Fed. Appx. 671.

**No. 11-7161. Richard Frame, Petitioner v. Menallen Township, Pennsylvania.**

565 U.S. 1125, 132 S. Ct. 1030, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 250.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.

Same case below, 610 Pa. 602, 20 A.3d 490.

**No. 11-7164. Robert Heffernan, Petitioner v. Arkansas.**

565 U.S. 1125, 132 S. Ct. 1030, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 104.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 326.

**No. 11-7165. Earnest Cassell Woods, Petitioner v. John Marshall, Warden, et al.**

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 162.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7166. Louis Warren, Petitioner v. Kevin Milyard, Warden, et al.**

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 321.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 427 Fed. Appx. 670.

**No. 11-7172. Jose Antonio Gomez, Petitioner v. California.**

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 759, 2012 U.S. LEXIS 16.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.